UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
JUN 2 2 2009
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DR. REV. KAMEL K. ROY, )
)
    Plaintiff, )
)
v. )
)
                                                        )      Case No. 09-4031
BARACK OBAMA, et al, )
)
    Defendants. )

## ORDER

Before the Court is Plaintiff Dr. Rev. Kamel K. Roy's ("Roy") Motion for Leave to Proceed In Forma Pauperis [#1]. For the reasons set forth below, this Motion is DENIED and this matter is DISMISSED for lack of prosecution.

### DISCUSSION

On May 6, 2009, Roy filed his Motion for Leave to Proceed In Forma Pauperis ("IFP") [#1]. On that same date, the Court entered a Text Order, finding that Roy's IFP was unintelligible and directing Roy to file a proper IFP with attached financial records within 14 days. On May 28, 2009, the Court entered a second Text Order, noting that Roy had failed to comply with the May 6, 2009, Text Order because he failed to file a proper IFP (he failed to file anything). The Court directed Roy to file a proper IFP with attached financial records within 14 days and warned that a failure to comply with the Order would result in a dismissal of his action, for failure to prosecute. This new deadline has passed.

- 2 -

Accordingly, the Court dismisses Roy's action for lack of prosecution.

**Conclusion**

For the reasons set forth herein, the Roy's Motion to Proceed In Forma Pauperis [#1] is DENIED and his case is dismissed for lack of prosecution. This matter is terminated.

ENTERED this 22nd day of June, 2009.

> s/ Michael M. Mihm
> Michael M. Mihm
> United States District Judge